IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  March 24, 2014 |
| Court Reporter:      Darlene Martinez | Probation: Laura Ansart |
| | Interpreter: Cathy Bahr |

_____

Criminal Action No. 13-cr-00206-WJM           *Counsel:*

UNITED STATES OF AMERICA,                      Kirsten Sinclair

     Plaintiff,

v.

1.  ISRAEL FLORES-MARTINEZ,                   David Johnson

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

11:02 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Ms. Sinclair

Sentencing Statement by Mr. Johnson

The Court addresses the Defendant's Objections Or Clarifications To The Presentence

Investigation Report [35]

**ORDERED:** **With regarding to Defendant's Objections Or Clarifications To The Presentence Investigation Report [35], the objections to Paragraphs 14, 16 and 89 are sustained.  The objection to Paragraph 15 is overruled.**

**With regard to all the remaining objections, the Court finds that the defendant's objections will not affect sentencing and the Court will not consider those matters in sentencing; and therefore, pursuant to Rule 32 (i)(3)(B) no ruling on the objections is necessary.**

**ORDERED:** **There being no objection to the Government's Motion For A Third Point Based on Acceptance Of Responsibility [38], the Motion is GRANTED.**

**ORDERED:** **There being no objection to the Government's Motion To Dismiss Count Two Of The Indictment [29], the Motion is GRANTED.  Count Two Of The Indictment is dismissed.**

**ORDERED:** **The Defendant's Motion For Below-Guideline Sentence [37] is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment on September 9, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Israel Flores-Martinez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 16 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**In addition, the Court recommends that the Bureau of Prisons NOT place the defendant in a facility in the state of Texas.**

**ORDERED:** **No period of supervised release is imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of §3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:44 a.m.    Court in Recess
              Hearing concluded
              Time: 42 minutes